No. 4. YOUNGER, DISTRICT ATTORNEY OF LOS ANGELES COUNTY *v.* HARRIS ET AL. Appeal from D. C. C. D. Cal. [Probable jurisdiction noted, 393 U. S. 1013; restored to calendar, 395 U. S. 955];

No. 6. BOYLE, JUDGE, ET AL. *v.* LANDRY ET AL. Appeal from D. C. N. D. Ill. [Probable jurisdiction noted, 393 U. S. 974; restored to calendar, 395 U. S. 955];

No. 11. SAMUELS ET AL. *v.* MACKELL, DISTRICT ATTORNEY OF QUEENS COUNTY, ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 393 U. S. 975; restored to calendar, 395 U. S. 957];

No. 20. FERNANDEZ *v.* MACKELL, DISTRICT ATTORNEY OF QUEENS COUNTY, ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 393 U. S. 975; restored to calendar, 395 U. S. 957];

No. 265. BODDIE ET AL. *v.* CONNECTICUT ET AL. Appeal from D. C. Conn. [Probable jurisdiction noted, 395 U. S. 974];

No. 266. SANKS ET AL. *v.* GEORGIA ET AL. Appeal from Sup. Ct. Ga. [Probable jurisdiction noted, 395 U. S. 974];

No. 565. DYSON ET AL. *v.* STEIN. Appeal from D. C. N. D. Tex. [Probable jurisdiction noted *sub nom. Batchelor* v. *Stein,* 396 U. S. 954]; and

No. 1149. BYRNE, DISTRICT ATTORNEY OF SUFFOLK COUNTY, ET AL. *v.* KARALEXIS ET AL. Appeal from D. C. Mass. [Probable jurisdiction noted, 397 U. S. 985.] Cases restored to calendar for reargument.

No. 2130, Misc. HARDIE *v.* NEVILLE, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 2217, Misc. MCCLENDON *v.* SMITH, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.